Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−16668−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mario E. Clarke
aka Mario Everton Clarke
224 Hawkins Lane
Wenonah, NJ 08090

Social Security No.:
xxx−xx−5797

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                   8/26/26
Time:                   10:00 AM
Location:                 Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 30, 2026
JAN: lgr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-16668-ABA

Mario E. Clarke                                                                         Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                    Page 1 of 3

Date Rcvd: Jun 30, 2026                  Form ID: 132                              Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mario E. Clarke, 224 Hawkins Lane, Wenonah, NJ 08090-1550 |
| cr | + | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| 521244525 | + | Cash Store, 1321 N. Tenessee Street, Suite 102, McKinney, TX 75069-2155 |
| 521244537 | + | Stephanie Charles, c/o Rompel Alam, PC, 825 E. Gate Boulevard, Suite 308, Garden City, NY 11530-2141 |
| 521252096 | | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 521244540 | + | US Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 30 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 30 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521244519 | ^ | MEBN | Jun 30 2026 21:14:05 | American Coradius International LLC, 2420 Sweet Home Rd, Ste 150, Buffalo, NY 14228-2244 |
| 521244520 | | Email/Text: EBN@brockandscott.com | Jun 30 2026 21:20:00 | Brock & Scott PLLC, 3825 Forrestgate Dr, Winston Salem, NC 27103 |
| 521244521 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2026 21:19:18 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 521255008 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 30 2026 21:19:20 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521244526 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 30 2026 21:19:17 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521244527 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2026 21:20:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521244528 | ^ | MEBN | Jun 30 2026 21:15:19 | KML Law Group, PC, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 521244529 | | Email/Text: camanagement@mtb.com | Jun 30 2026 21:20:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521244530 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 30 2026 21:21:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 521244533 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 30 2026 21:20:00 | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095 |
| 521244534 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 30 2026 21:21:00 | NY State Department of Taxation & Financ, Bankruptcy Section, PO Box 5300, Albany, NY |

District/off: 0312-1        User: admin        Page 2 of 3

Date Rcvd: Jun 30, 2026        Form ID: 132        Total Noticed: 26

|   |   |   |   |
|---|---|---|---|
| | | | 12205-0300 |
| 521244531 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jun 30 2026 21:21:00 | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 521244532 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 30 2026 21:20:00 | New Jersey Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 521244536 | + Email/Text: bncmail@w-legal.com | Jun 30 2026 21:20:00 | Scolopax, LLC, 749 Gateway, Ste G-601, Abilene, TX 79602-1196 |
| 521244538 | + Email/Text: bankruptcy@bbandt.com | Jun 30 2026 21:20:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 521244541 | + Email/Text: bkelectronicnotices@usaa.com | Jun 30 2026 21:19:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 521260911 | + Email/Text: RASEBN@raslg.com | Jun 30 2026 21:20:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521244539 | + Email/Text: BAN5620@UCBINC.COM | Jun 30 2026 21:20:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521244522 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521244523 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521244524 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521244535 | *+ | NY State Department of Taxation & Financ, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Kimberly A. Wilson | on behalf of Creditor Truist Bank kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Lee Martin Perlman | on behalf of Debtor Mario E. Clarke ecf@newjerseybankruptcy.com |

District/off: 0312-1                          User: admin                                    Page 3 of 3
Date Rcvd: Jun 30, 2026                       Form ID: 132                                    Total Noticed: 26

mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai

Matthew K. Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5