UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on July 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

| | |
|---|---|
| Case No.: | 26-16668 ABA |
| Chapter: | 13 |
| Hearing Date: | 07/07/2026 |
| Judge: | Altenburg |

In Re:
   Mario E. Clarke

**ORDER**
**ON MOTION TO EXTEND AUTOMATIC STAY**

   The relief set forth on the following page(s), numbered two (2) through two (2), is

hereby **ORDERED**

**DATED: July 8, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
In Re. Mario E. Clarke, 26-16668 ABA
Order on Motion to Extend Automatic Stay

The debtor(s) having filed a Motion to Extend the Automatic Stay pursuant to 11 U.S.C.

§362(c)(3)(B), and the court having considered the matter and any opposition thereto, and the

court finding that the instant case was filed in good faith, and the instant motion was timely

filed, and for good cause shown, it is hereby

**ORDERED** that the 11 U.S.C. §362 automatic stay is extended, and shall remain in full force and

effect barring further order of this court, as to all creditors in this case pursuant to 11 U.S.C.

§362(c)(3)(B).