Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−16668−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mario E. Clarke
aka Mario Everton Clarke
224 Hawkins Lane
Wenonah, NJ 08090

Social Security No.:
xxx−xx−5797

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/27/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 28, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16668-ABA
Mario E. Clarke Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Aug 28, 2026 Form ID: 148 Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Mario E. Clarke, 224 Hawkins Lane, Wenonah, NJ 08090-1550 |
| cr | + | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| 521244525 | + | Cash Store, 1321 N. Tenessee Street, Suite 102, McKinney, TX 75069-2155 |
| 521244537 | + | Stephanie Charles, c/o Rompel Alam, PC, 825 E. Gate Boulevard, Suite 308, Garden City, NY 11530-2141 |
| 521252096 | | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 521244540 | + | US Dept of Housing & Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2026 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2026 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521244519 | ^ | MEBN | Aug 28 2026 21:42:48 | American Coradius International LLC, 2420 Sweet Home Rd, Ste 150, Buffalo, NY 14228-2244 |
| 521244520 | | Email/Text: EBN@brockandscott.com | Aug 28 2026 21:49:00 | Brock & Scott PLLC, 3825 Forrestgate Dr, Winston Salem, NC 27103 |
| 521244521 | + | EDI: CAPITALONE.COM | Aug 29 2026 01:06:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 521255008 | + | EDI: AIS.COM | Aug 29 2026 01:06:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521244526 | + | EDI: JPMORGANCHASE | Aug 29 2026 01:06:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521244527 | | EDI: IRS.COM | Aug 29 2026 01:06:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521284704 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 28 2026 21:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521244528 | ^ | MEBN | Aug 28 2026 21:43:15 | KML Law Group, PC, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 521327221 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2026 21:47:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521244529 | | Email/Text: camanagement@mtb.com | Aug 28 2026 21:50:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521330155 | | Email/Text: camanagement@mtb.com | Aug 28 2026 21:50:00 | M&T Bank, P.O. Box 840, Buffalo, NY |

| | | | | |
|---|---|---|---|---|
| | | | | 14240-0840 |
| 521244530 | + | EDI: NFCU.COM | Aug 29 2026 01:06:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 521244533 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 28 2026 21:49:00 | New Jersey Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095 |
| 521274646 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 28 2026 21:49:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 521244534 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 28 2026 21:51:00 | NY State Department of Taxation & Financ, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 521244531 | + | EDI: NFCU.COM | Aug 29 2026 01:06:00 | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 521277948 | + | EDI: NFCU.COM | Aug 29 2026 01:06:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 521244532 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 28 2026 21:49:00 | New Jersey Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 521244536 | + | Email/Text: bncmail@w-legal.com | Aug 28 2026 21:49:00 | Scolopax, LLC, 749 Gateway, Ste G-601, Abilene, TX 79602-1196 |
| 521310697 | + | Email/Text: bankruptcy@bbandt.com | Aug 28 2026 21:50:00 | Truist Bank, Bankruptcy Department 306-40-04-95, P.O. Box 27767, Richmond, VA 23261-7767 |
| 521244538 | + | Email/Text: bankruptcy@bbandt.com | Aug 28 2026 21:50:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 521244541 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 28 2026 21:48:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 521260911 | + | Email/Text: RASEBN@raslg.com | Aug 28 2026 21:49:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521244539 | + | Email/Text: BAN5620@UCBINC.COM | Aug 28 2026 21:49:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd, Ste 206, Toledo, OH 43614-1501 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521244522 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521244523 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521244524 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521244535 | *+ | NY State Department of Taxation & Financ, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 521296186 | * | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Kimberly A. Wilson | on behalf of Creditor Truist Bank kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Lee Martin Perlman | on behalf of Debtor Mario E. Clarke ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5